# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-4270

_____

JEFF MITCHELL BELL JR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Wade Mercer, Judge.

September 14, 2020

PER CURIAM.

AFFIRMED. *See Owens v. State*, 1D20-540, 45 Fla. L. Weekly D2011a (Fla. 1st DCA Aug. 25, 2020) (holding that whether section 948.06(2) applies to a defendant who committed an offense before the statute was amended, when imposing sentence for a violation of probation, a trial court is limited under subsection 948.06(2)(f)1 to modifying or continuing probation or imposing a sentence of up to 90 days in county jail only when a defendant "meet[s] all four conditions of subsection 948.06(2)(f)1").

MAKAR, KELSEY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.